ACCEPTED
01-15-00342-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/5/2015 2:57:31 PM
CHRISTOPHER PRINE
CLERK

| | |
|---|---|
| Appellate Docket Number: | 01-15-00342-CR |
| Appellate Case Style: Style: | James Jesse Hubbard |
| Vs. | State of Texas |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

8/5/2015 2:57:31 PM

CHRISTOPHER A. PRINE
Clerk

| | |
|---|---|
| Companion Case: | N/A |

Amended/corrected statement: ☐

# DOCKETING STATEMENT (Criminal)

Appellate Court:  1st Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under  TRAP 32)

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| First Name: **James** | ☒ Lead Attorney |
| Middle Name: **Jesse** | First Name: **Greg** |
| Last Name: **Hubbard** | Middle Name: |
| Suffix: | Last Name: **Russell** |
| Appellant Incarcerated?  ☒ Yes ☐ No | Suffix: |
| Amount of Bond: | ☒ Appointed    ☐ District/County Attorney |
| Pro Se: ◯ | ☐ Retained    ☐ Public Defender |
| | Firm Name:  **Greg Russell, Attorney at Law** |
| | Address 1:  **711 59th Street** |
| | Address 2: |
| | City:  **Galveston** |
| | State:  **Texas**    Zip+4:  **77551** |
| | Telephone:  **(409) 497-4743**    ext. |
| | Fax:  **(409) 497-4721** |
| | Email:  **greg@gnrlaw.com** |
| | SBN:  **17411550** |
| | Add Another Appellant/ Attorney |

## III. Appellee

First Name: The State of Texas

Middle Name:

Last Name:

Suffix:

Appellee Incarcerated? ☐ Yes ☐ No

Amount of Bond:

Pro Se: ◯

## IV. Appellee Attorney(s)

☒ Lead Attorney

First Name: Jack

Middle Name:

Last Name: Roady

Suffix:

☐ Appointed      ☒ District/County Attorney

☐ Retained      ☐ Public Defender

Firm Name: Galveston County District Attorney

Address 1: 600 59th Street

Address 2: 1st Floor

City: Galveston

State: Texas          Zip+4: 77551

Telephone: (409) 766-2355      ext.

Fax: (409) 766-2290

Email:

SBN: 24027780

Add Another Appellee/ Attorney

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case): Robbery

Type of Judgment: Jury Trial

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: March 27, 2015

Offense charged: Robbery

Date of offense: February 27, 2014

Defendant's plea: Not Guilty

If guilty, does defendant have the trial court's certificate to appeal?

☒ Yes  ☐ No

Was the trial by: ☒ jury or ☐ non-jury?

Date notice of appeal filed in trial court: March 27, 2015

If mailed to the trial court clerk, also give the date mailed :

Punishment assessed: 40 years TDCJ

Is the appeal from a pre-trial order? ☐ Yes ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes  ☒ No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial: ☐ Yes ☒ No   If yes, date filed:

Motion in Arrest of Judgment: ☐ Yes ☒ No   If yes, date filed:

Other: ☐ Yes ☒ No   If yes, date filed:

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed: ☒ Yes ☐ No ☐ NA   If yes, date filed: March 27, 2015

Date of hearing:                    ☒ NA

Date of order: March 27, 2015    ☐ NA

Ruling on motion: ☒ Granted ☐ Denied ☒ NA   If granted or denied, date of ruling: March 27, 2015

## VIII. Trial Court And Record

Court: 405th Judicial District Court

County: Galveston

Trial Court Docket Number (Cause no): 14CR0848

Trial Court Judge (who tried or disposed of the case):

First Name: C.

Middle Name: G.

Last Name: Dibrell

Suffix: III.

Address 1: 600 59th Street

Address 2:

City: Galveston

State: Texas    Zip + 4: 77551

Telephone: (409) 756-2688    ext.

Fax: (409) 765-2689

Email:

Clerk's Record:

Trial Court Clerk: ☒ District ☐ County

Was clerk's record requested? ☒ Yes ☐ No

If yes, date requested: Mar 30, 2015

If no, date it will be requested:

Were payment arrangements made with clerk?

☐ Yes ☐ No ☒ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record? ☒ Yes ☐ No

Was reporter's record requested? ☒ Yes ☐ No

Was the reporter's record electronically recorded? ☒ Yes ☐ No

If yes, date requested: Mar 30, 2015

Were payment arrangements made with the court reporter/court recorder?    ☐ Yes ☐ No ☒ Indigent

---

☒ Court Reporter        ☐ Court Recorder
☒ Official              ☐ Substitute

First Name: Cylena

Middle Name:

Last Name: Korkmas

Suffix:

Address 1: 600 59th Street

Address 2: 405th Judicial District Court

City: Galveston

State: Texas    Zip + 4: 77551

Telephone: (409) 765-2683    ext.

Fax: (409) 765-2689

Email: cylena.korkmas@co.galveston.tx.us

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: [redacted]                    Court: [redacted]

Style: [redacted]

    Vs.   State of Texas

## X. Signature

_____
Signature of counsel (or Pro Se Party)

GREG RUSSELL
_____
Printed Name:

Electronic Signature: [redacted]
    (Optional)

Date: August 5, 2015

State Bar No: 17411550

Name: Greg Russell

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on August 5, 2015 .

_____
Signature of counsel (or pro se party)

Electronic Signature: [redacted]
    (Optional)

State Bar No.: 17411550

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

    (1) the date and manner of service;
    (2) the name and address of each person served, and
    (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: August 5, 2015

Manner Served: E - service

First Name: Jack

Middle Name:

Last Name: Roady

Suffix:

Law Firm Name: Galveston County District Attorney's Office

Address 1: 600 59th Street

Address 2: 1st Floor

City: Galveston

State: Texas        Zip+4: 77551

Telephone: (409) 766-2355      ext.

Fax: (409) 766-2290

Email: jack.roady @ co.galveston.tx.us

## PAUPER'S OATH ON APPEAL

Cause No. **14CR0848**         2015 MAR 27  AM 11:29

THE STATE OF TEXAS                    IN THE DISTRICT COURT OF

VS.                          GALVESTON COUNTY, TEXAS

_James Hubbard_              405th JUDICIAL DISTRICT

Before me the undersigned authority, on this day personally appeared the Defendant in the above entitled and numbered felony case, who by me duly sworn upon oath says:

My name is, _James Hubbard_ , I am the Defendant in the above entitled and numbered felony case. I have been advised by the _405th_ District Court of my right to representation by counsel in the trial of the charge now pending against me. I certify that I am without means to employ counsel of my own choosing. I hereby request the Judge of this Court to appoint Counsel to defend me in this case.

_____
Defendant's Signature

Subscribed and sworn to before me the undersigned authority on this _27_ day of _March_ , A.D., _2015_ .

By: _Tracy Peterman_
                          Deputy Clerk

14-CR-0848
DCAPPAUO
Appeal — Paupers Oath
1014439